**FILED**

APR 01 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8273

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jesus Alejandro PARRA-Luna | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 29, 2008, within the Southern District of California, defendant Jesus Alejandro PARRA-Luna did knowingly and intentionally import approximately 32.18 kilograms (70.79 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF APRIL, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus Alejandro PARRA-Luna

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Victor Esparza, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On March 29, 2008, at approximately 1259 hours, Jesus Alejandro PARRA-Luna applied for admission into the United States from Mexico, at the Calexico, California, West Port of Entry. When PARRA presented his border crossing card to Customs and Border Protection Officer Jesus Bejarano, the officer noticed that PARRA was nervous and his hand was shaking. PARRA gave a negative Customs declaration to CBP Officer Bejarano. When the CBP Officer asked PARRA where he was going, he stated that he was going shopping to Calexico. When the CBP Officer was inspecting the vehicle he noticed that the vehicle was very clean and only had a few crossings. At this point the driver and the vehicle were referred to secondary for further inspection.

In vehicle secondary, Canine Enforcement Officer Monty McGee was requested to utilize his Narcotic Detection Dog to inspect the vehicle. The Narcotic Detection Dog alerted to an odor of narcotics emanating from the rear bumper area of the vehicle that PARRA was driving.

At this point PARRA was escorted to the secondary office and placed in a holding cell. Further inspection revealed a total of twenty-nine (29) packages that were concealed inside a hidden compartment in the rear floor area of the vehicle. CBP Officer Jose Chavez probed one of the packages and a sample of a white powdery substance was extracted, that field-tested positive for cocaine. The (29) packages had a combined net weight of approximately 32.18 kilograms of cocaine or (70.79 pounds).

PARRA was arrested for importation of cocaine into the United States. PARRA was advised of his rights per Miranda, which he acknowledged and waived. PARRA stated to Special Agent Victor Esparza that he was going to receive $3,000 to drive the vehicle across and then deliver the load to the Los Angeles area. PARRA stated that he was told that the vehicle would contain drugs but that he was not told what kind.

Executed on 03/30/2008 at 0630 hours.

*Victor Esparza*

Victor Esparza, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in this probable cause statement consisting of three _3_ pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on __3/28/08__, in violation of Title 21 United States Code, Section(s) 952 &

_signature_    Date/Time __3/30/08 9:45am__

United States Magistrate Judge